# THE STATE OF TEXAS
# M A N D A T E

*****************************************

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/28/2015 12:16:44 PM
PAM ESTES
Clerk

**TO THE 7TH DISTRICT COURT OF SMITH COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 2nd day of September, 2015, the cause upon appeal to revise or reverse your judgment between

**JASON CLAIRE REESE, Appellant**

**NO. 12-14-00363-CR; Trial Court No. 007-1254-14**

By *per curiam* opinion.

**THE STATE OF TEXAS, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and brief filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 27th day of October, 2015.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk

FILE COPY



## TWELFTH COURT OF APPEALS

CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
PAM ESTES

JUSTICES
BRIAN HOYLE
GREG NEELEY

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

October 27, 2015

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 12-14-00363-CR
Trial Court Case Number: 007-1254-14

**Style:** Jason Claire Reese
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk

C Jason Claire Reese
C Mr. James W. Huggler Jr. (DELIVERED VIA E-MAIL)
: Mr. Michael J. West (DELIVERED VIA E-MAIL)

Mandate executed on 28th day of October, 2015.

Brief explanation of action taken: _Scanned_

_____ District/County Clerk